# M A N D A T E

THE STATE OF TEXAS

TO THE 293RD JUDICIAL DISTRICT COURT OF MAVERICK COUNTY, GREETINGS:

Before our Court of Appeals for the Fourth District of Texas on July 31, 2013, the cause upon appeal to revise or reverse your judgment between

Hale Land and Cattle Company, Inc., Appellant

V.

Silvaris Corporation, d/b/a Low Grande Lumber and Alcalosa Forwarding, Inc., Appellee

No. 04-13-00083-CV and Tr. Ct. No. 08-12-24038-MCV

was determined, and therein our said Court of Appeals made its order in these words:

**Appellant, Hale Land and Cattle Company, Inc. filed an interlocutory appeal in this proceeding which was assigned Cause Number 04-13-00083-CV. As relator. Hale Land and Cattle Company, Inc. subsequently filed its petition for writ of mandamus which was assigned Cause Number 04-13-00320-CV, and consolidated with the interlocutory appeal by order ofthis court on May 23, 2013.**

**In accordance with this court's opinion of this date, we AFFIRM the trial court's order granting realignment of the parties for purposes of trial.**

**Having considered Hale Land and Cattle Company, Inc.'s petition for writ of mandamus the court is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. See Tex. R. App. P. 52.8(a).**

**It is further ORDERED that appellees/real parties in interest Silvaris Corporation D/B/A Low Grade Lumber and Alcalosa Forwarding, Inc. recover their costs of appeal from appellant/relator Hale Land and Cattle Company, Inc.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on July 23, 2015.

KEITH E. HOTTLE, CLERK



*Cynthia A. Martinez*
Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# BILL OF COSTS

# TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-13-00083-CV

**Hale Land and Cattle Company, Inc.**

**v.**

**Silvaris Corporation, d/b/a Low Grande Lumber and Alcalosa Forwarding, Inc.**

(NO. 08-12-24038-MCV IN 293RD JUDICIAL DISTRICT COURT OF MAVERICK COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| FEES FOR SHIPPING CASES TO S.C. OR CCA | $25.00 | PAID | PERSON WHITWORTH BORCHERS AND MORALES |
| MOTION FEE | $15.00 | E-PAID | ELIZABETH DAVIDSON |
| MOTION FEE | $15.00 | E-PAID | ELIZABETH DAVIDSON |
| MOTION FEE | $10.00 | E-PAID | ELIZABETH DAVIDSON |
| MOTION FEE | $10.00 | E-PAID | ELIZABETH DAVIDSON |
| SUPPLEMENTAL CLERK'S RECORD | $412.00 | PAID | |
| MOTION FEE | $10.00 | E-PAID | ELIZABETH DAVIDSON |
| MOTION FEE | $10.00 | PAID | ELIZABETH DAVIDSON |
| MOTION FEE | $10.00 | E-PAID | LAMAR TREADWELL |
| REPORTER'S RECORD | $0.00 | UNKNOWN | N/A |
| COPIES | $7.10 | PAID | ELIZABETH C. DAVIDSON |
| CLERK'S RECORD | $341.00 | PAID | N/A |
| MOTION FEE | $10.00 | PAID | PERSON WHITWORTH BORCHERS & MORALES |
| MOTION FEE | $10.00 | E-PAID | LAMAR TREADWELL |
| FILING | $100.00 | PAID | ELIZABETH DAVIDSON |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | PAID | ELIZABETH DAVIDSON |
| INDIGENCY FILING FEE | $25.00 | PAID | ELIZABETH DAVIDSON |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this July 23, 2015.



**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853